### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Case No.: 13-20022 |
| **MARIA DENISE GANGLER** | Chapter 7 |
| Debtor | |

### MOTION TO REOPEN CASE
### AND DIRECT APPOINTMENT OF TRUSTEE

John P. Fitzgerald, III, Acting United States Trustee for Region Four, which includes the District of Maryland, Baltimore Division (the "United States Trustee"), in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. §586(a), respectfully requests that this Court enter an order pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010 reopening the above-captioned case and directing the appointment of a Chapter 7 trustee.

In support thereof, the United States Trustee represents as follows:

1.      On June 11, 2013 (the "Petition Date"), Maria Denise Gangler filed a voluntary petition under Chapter 7 of the Bankruptcy Code.   (*See* Doc. 1.)

2.      On September 10, 2013, Ms. Gangler received a discharge and the case was closed on October 11, 2013.   (*See* Docs. 21, 23.)

3.      Ms. Gangler is a Defendant in the case of *USA v. Mulford, et al*., Case No. 1:18-cr-00293-GLR, filed in the United States District Court for the District of Maryland (the "Criminal Case").

4.      In the Criminal Case, on June 26, 2018, Ms. Gangler entered into a plea

agreement, pursuant to which she pled guilty to conspiring with Co-Defendants Joseph and Patricia Mulford (the "Mulfords") to knowingly and with the intent to defraud conceal assets from her creditors and the Trustee in this case, in violation of 18 U.S.C. § 152.

5.      In the Criminal Case, on December 21, 2018, the Court entered an Amended Judgment in a Criminal Case, which provides, in pertinent part, that Ms. Gangler is required to pay restitution in the amount of $320,000 for disbursement to the victims of her crime, i.e., the creditors in this bankruptcy case.   The Judgment provides that the restitution obligation is joint and several with the Mulfords.

6.      Recently, the United States Trustee has received a check in the amount of $318,400, representing a portion of the restitution payment obligation (the "Restitution Payment") of Ms. Gangler and the Mulfords.

7.      The Mulfords also were debtors in a Chapter 7 bankruptcy proceeding, Case No. 14-21946, and the United States Trustee is filing a similar motion in that bankruptcy case.

8.      The Restitution Payment is property of the estate in this case and in the Mulfords' bankruptcy case, pursuant to 11 U.S.C. § 541(a).

9.      The Bankruptcy Code provides that:

> A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

11 U.S.C. § 350(b).

10.     Federal Rule of Bankruptcy Procedure 5010, in pertinent part, provides that in a case reopened under Chapter 7:

> [A] trustee shall not be appointed by the United States trustee
> unless the court determines that a trustee is necessary to protect
> the interests of creditors and the debtor or to ensure efficient
> administration of the case.

11.     Because there appears to be property of this bankruptcy estate which needs to be administered, the prompt reopening of this case is appropriate as is the appointment of a trustee to protect the interests of creditors and to ensure the efficient administration of this case.

12.     Because this motion is filed by an agency of the United States, a reopening fee is not required.   *See* Bankr. Ct. Misc. Fee Schedule (28 U.S.C. § 1930).

13.     Pursuant to Local Bankruptcy Rule 9013-2, the United States Trustee states that he is not filing a memorandum of law in support of this motion.

14.     Pursuant to Local Bankruptcy Rule 9013-6, the United States Trustee consents to ruling in this matter by the Bankruptcy Judge.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an Order:

(1)     Granting this Motion;

(2)     Reopening this case;

(3)     Directing the United States Trustee to appoint a trustee for this reopened case; and

(4)     Granting such other and further relief as is just and proper.

Respectfully submitted,

John P. Fitzgerald, III
Acting United States Trustee, Region 4

Date: March 8, 2019                By: */s/ Gerard R. Vetter*
                                       Gerard R. Vetter (Fed. Bar No. 08521)
                                       United States Department of Justice
                                       101 West Lombard Street, Suite 2625
                                       Baltimore, Maryland 21201
                                       (410) 962-4300
                                       gerard.r.vetter@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 8, 2019, a copy of the foregoing Motion to Reopen Case and Direct Appointment of Trustee was sent via first class mail, postage prepaid to:

Maria Denise Gangler
576 Hopkins Landing Drive
Essex, MD 21221

                                       */s/ Gerard R. Vetter*
                                       Gerard R. Vetter

-4-